IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ARNOLD ZSOLT HATHAZI**<br>    a/k/a "Marcus Henderson"<br>    a/k/a "Lawrence Cain"<br>    a/k/a "James Gill"<br>    a/k/a "James Ellis"<br>    a/k/a "Richard Green" | CRIMINAL NO.: 4:25-cr-826<br><br>18 U.S.C. § 982(a)(2)(B)<br>18 U.S.C. § 1028(a)(6)<br>18 U.S.C. § 1028(b)<br>18 U.S.C. § 1028(b)(6)<br>28 U.S.C. § 2461(c)<br><br>**INDICTMENT** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
*(Possession of a Stolen or Unlawfully Produced Identification Document)*

On or about May 8, 2025, in the District of South Carolina and elsewhere, the Defendant, **ARNOLD ZSOLT HATHAZI, a/k/a "Marcus Henderson," a/k/a "Lawrence Cain," a/k/a "James Gill," a/k/a "James Ellis," a/k/a "Richard Green,"** did knowingly possess an identification document and authentication feature, to wit, a Social Security card belonging to L.C., a person known to the grand jury, bearing a Social Security Administration seal, which is and appears to be an identification document and authentication feature of the United States, which was stolen and produced without lawful authority, knowing that such document and feature was stolen and produced without such authority;

In violation of Title 18, United States Code, Sections 1028(a)(6), 1028(b)(6).

## COUNT 2
*(Possession of a Stolen or Unlawfully Produced Identification Document)*

On or about May 8, 2025, in the District of South Carolina and elsewhere, the Defendant, **ARNOLD ZSOLT HATHAZI, a/k/a "Marcus Henderson," a/k/a "Lawrence Cain," a/k/a "James Gill," a/k/a "James Ellis," a/k/a "Richard Green,"** did knowingly possess an identification document and authentication feature, to wit, a Social Security card bearing a Social Security Number previously assigned to an individual and bearing a Social Security Administration seal, which is and appears to be an identification document and authentication feature of the United States, which was stolen and produced without lawful authority, knowing that such document and feature was stolen and produced without such authority;

In violation of Title 18, United States Code, Sections 1028(a)(6), 1028(b)(6).

## FORFEITURE

IDENTITY THEFT:

Upon conviction for violation(s) of Title 18, United States Code, Section 1028(a)(6) as charged in this Indictment, the Defendant, **ARNOLD ZSOLT HATHAZI, a/k/a "Marcus Henderson," a/k/a "Lawrence Cain," a/k/a "James Gill," a/k/a "James Ellis," a/k/a "Richard Green,"** shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 18, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 18, United States Code.

PROPERTY:

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Cash/United States Currency:

$43,426.00 in United States currency
Seized from: Arnold Zsolt Hathazi on May 8, 2025

B. Proceeds/ Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the offense charged in the Indictment, and all interest and proceeds traceable thereto and/or such sum that equals all property derived from or traceable to his violation of 18 U.S.C. § 1028.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), [incorporating Title 21, United States Code, Section 853(p)], to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b), and Title 28, United States Code, Section 2461(c).

A __True__ Bill

FOREPERSON

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Lauren L. Hummel (Fed. ID 12523)
Assistant United States Attorney
John L. McMillan Federal Building
401 West Evans Street, Room 222
Florence, South Carolina 29501
Tel.: (843) 665-6688
Fax: (843) 678-8809
Email: Lauren.Hummel@usdoj.gov